**Fill in this information to identify the case:**

Debtor name __Texas Oilwell Partners, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): __25-30750__

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX, 76155 | | Monies Loaned / Advanced | | | | 149,340.00 |
| 2 | Headway Capital<br>4700 W. Daybreak Pkwy., Ste. 200<br>South Jordan, UT, 84009 | | Monies Loaned / Advanced | Disputed<br>Unliquidated<br>Contingent | | | 100,000.00 |
| 3 | Eric P. Mirabel<br>3782 Darcus St.<br>Houston, TX, 77005 | | Monies Loaned / Advanced | | | | 78,074.84 |
| 4 | Tayne Law Group<br>135 Pinelawn Rd., Ste. 250N<br>Melville, NY, 11747 | | Services | | | | 54,142.91 |
| 5 | Rapid Finance<br>4500 East West Highway, 6th Floor<br>Bethesda, MD, 20814 | | Monies Loaned / Advanced | Disputed<br>Unliquidated<br>Contingent | | | 45,000.00 |
| 6 | Premium Merchant Funding<br>55 Water St.<br>New York, NY, 10041 | | Monies Loaned / Advanced | Disputed<br>Unliquidated<br>Contingent | | | 43,000.00 |
| 7 | Kapitus LLC<br>120 W. 45th St.<br>New York, NY, 10036 | | Monies Loaned / Advanced | Disputed<br>Unliquidated<br>Contingent | | | 42,000.00 |
| 8 | Ace Funding Source LLC<br>295 Madison Ave., 12th Floor<br>New York, NY, 10017 | | Monies Loaned / Advanced | Disputed<br>Unliquidated<br>Contingent | | | 38,000.00 |

Debtor  Texas Oilwell Partners, LLC
            ___Name_____

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | United First, LLC  2999 NE 191st St., Unit 901  Miami, FL, 33180 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 28,000.00 |
| 10 | Alpha Equity Fund  910 Wolcott St., Ste. 13  Waterbury, CT, 06705 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 14,800.00 |
| 11 | Infinity NDT  P.O. Box 1886  Cypress, TX, 77410 | | Services | | | | 14,177.85 |
| 12 | Internal Revenue Service  Centralized Insolvency Operation  P.O. Box 7317  Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 12,595.94 |
| 13 | Ann Harris Bennett Tax Assessor-Collector  P.O. Box 4663  Houston, TX, 77210 | | Taxes & Other Government Units | | | | 11,640.35 |
| 14 | TROFEO Capital  320 Texas Ave.  El Paso, TX, 79901 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 10,682.00 |
| 15 | Cintas Corp.  6800 Cintas Blvd.  Cincinnati, OH, 45262 | | Services | | | | 1,174.00 |
| 16 | Transportation Alliance Bank Inc.  4185 Harrison Blvd.  Ogden, UT, 84403 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 17 | MUFG Bank, Ltd.  1251 Avenue of the Americas  New York, NY, 10020 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |