UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS OILWELL PARTNERS, LLC | § | CASE NO. 25-30750 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of HALEY & OLSON, P.C., represents Cadence Bank, a creditor in the above-captioned and numbered case, and that it hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to BLAKE RASNER, at HALEY & OLSON, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas 76712.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner

Blake Rasner
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Fax: (254) 776-6823
Bar Card No. 16555700
Email: brasner@haleyolson.com

*ATTORNEY FOR CADENCE BANK*

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2025, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

Texas Oilwell Partners, LLC
*Debtor*
21621 Rhodes Rd.
Spring, TX 77388

Brandon John Tittle
*Attorney for Debtor*
Tittle Law Group, PLLC
1125 Legacy Dr., Suite 230
Frisco, TX 75034

Chris Quinn
*Chapter 11 Trustee*
26414 Cottage Cypress Lane
Cypress, TX 77433

US Trustee
*U.S. Trustee*
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

Christopher Ross Travis
*Attorney for U.S. Trustee*
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

Susan Fuertes
*Attorney for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education*
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2848
Houston, Texas 77252

Amitkumar Sharma
Attn: Ally Bank Department
AIS Portfolio Services, LLC
Account: XXXXXXXX9635
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jeannie Lee Andresen
*Attorney for Harris Co ESD #07, Lone Star*
*College System and Harris Co ESD #11*
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064

Broocks "Mack" Wilson
*Attorney for United First, LLC*
Wilson PLLC
708 Main Street, 10th Floor
Houston, Texas 77002

/s/ Blake Rasner
Blake Rasner